UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cr-00083

**United States of America**

v.

**Marco Imanol Ferrusca-Ortega**

# ORDER

The court referred this matter to United States Magistrate Judge K. Nicole Mitchell for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and a recommendation on the guilty plea. Doc. 30. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count one of the indictment. *Id*. Defendant waived his right to object to the magistrate judge's findings. *Id*. at 2.

The court accepts the United States magistrate judge's findings of fact and recommendation on the guilty plea and accepts defendant's plea.

In accordance with defendant's guilty plea, the court finds defendant Marco Imanol Ferrusca-Ortega guilty of count one of the indictment, charging a violation of 18 U.S.C. § 922(g)(5) – prohibited person in possession of firearms.

*So ordered by the court on October 5, 2026.*

J. CAMPBELL BARKER
United States District Judge